Order entered November 1, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01175-CV

### SHAUN BURGESS, Appellant

V.

### CASTLE KEEPERS, INC., Appellee

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-01984-2012**

## ORDER

The Court has before it appellant's October 30, 2012 motion to extend time to file reporter's record. The Court **GRANTS** the motion and **ORDERS** appellant to make arrangements to have the reporter's record filed within thirty days of the date of this order.

MOLLY FRANCIS
JUSTICE